DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SCOTT STEWART SINGEWALD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-336-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| SCOTT STEWART SINGEWALD | Date: September 22, 2008<br>Time: 9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell |

It is hereby stipulated between the parties, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, SCOTT STEWART SINGEWALD, that the status conference hearing date of August 8, 2008 be vacated and continued to September 5, 2008 at 9:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the period from August 8, 2008 through and including September 5, 2008 should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated:  August 7, 2008           Respectfully submitted,
4                                   DANIEL J. BRODERICK
                                    Federal Defender
5
6                                   /s/ Lauren D. Cusick
                                    LAUREN D. CUSICK
7                                   Assistant Federal Defender
                                    Attorney for Defendant
8                                   SCOTT STEWART SINGEWALD
9
   Dated:  August 7, 2008           MCGREGOR W. SCOTT
10                                  United States Attorney
11
                                    /s/ Lauren D. Cusick
12                                  MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney
13                                  per telephonic authorization
14
                                **O R D E R**
15
   IT IS SO ORDERED.
16
   Dated:  August 7, 2008
17
18
                                    _____
19                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
20
21
22
23
24
25
26
27
28

Stip and Order                      2